```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

LIBERTY NATIONAL LIFE INSURANCE  *
COMPANY,
                                 *
     Plaintiff,
                                 *
vs.                                   CASE NO. 4:23-CV-152 (CDL)
                                 *
HELEN ROBERTS, et al.,
                                 *
     Defendants.
                                 *
```

O R D E R

Plaintiff Liberty National Life Insurance Company filed a complaint in interpleader and has moved for permission to present its check, payable to the Clerk of this Court, as a deposit into the registry of this Court of the benefit payable under Policy No. A6215921 by reason of the death of Janice A. Cotton in the amount of $20,000.80, plus applicable interest.  Liberty National takes no position on who should receive the proceeds; it simply seeks to deposit the life insurance proceeds into this Court's registry. It appears that all Defendants and potential claimants have executed a waiver of service for the interpleader complaint and were served with the motion to deposit funds.  There was no objection to the motion to deposit funds, and Defendants did not dispute that the amount Liberty National seeks to pay into the Court's registry represents the full amount of the proceeds due under the policy or that the Defendants assert competing claims to

those proceeds. Accordingly, interpleader is appropriate, Liberty National's motion (ECF No. 9) is granted, and Liberty National is permitted to deposit the life insurance proceeds into the registry of the Court.

It is ordered that the Clerk of this Court accept said check and receive said sum into the registry of this Court for ultimate disposition by order of this Court in the above-styled action.

IT IS SO ORDERED, this 2nd day of January, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
