IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LIBERTY NATIONAL LIFE INSURANCE COMPANY | ) ) ) | |
| Plaintiff | ) ) | |
| V. | ) ) | CIVIL ACTION FILE NO. 4:23-cv-00152-CDL |
| HELEN ROBERTS, TONY COTNEY TOMMY COTNEY, and JOHN DEE HARMON, JR. | ) ) ) ) ) | |
| Defendants | ) | |

## CONSENT ORDER FOR DISCHARGE, DISMISSAL, AND DISBURSEMENT OF FUNDS

Having considered the Consent Motion for Order of Discharge, Dismissal, and Disbursement of Interpleaded Funds, for good cause shown, the Court hereby orders that:

(1)   Liberty National Life Insurance Company {"Liberty National"), having deposited into the registry of this Court the sum of $27,020.24, representing the life insurance proceeds payable under Policy No. A6215921 ("the Policy"), plus applicable interest, is hereby discharged from any further liability under or related to the Policy and/or death benefits thereunder;

(2)   The Clerk of Court is hereby authorized and directed to pay to each of the defendants Helen Roberts, Toney Cotney and Tommy Cotney from the interpleaded death benefits, as follows:

      (a)   To Helen Roberts, the sum of $9,006.74, plus one-third of accrued interest;

      (b)    To Tommy Cotney, the sum of $9,006.75, plus one-third of accrued interest; and

      (c)    To Tony Cotney, the sum of $9,006.75, plus one-third of accrued interest.

(3)    The entry of this Order concludes all claims of all parties in this matter, including any claims against Liberty National and any other claims that any defendants may have related to the Policy and the death benefits thereunder;

(4)    This action is dismissed with prejudice;

(5)    Each party shall be responsible for his/her/its own costs and expenses of litigation in this matter.

(6)    The funds qualify as disputed ownership funds under 26 C.F.R. § 1.468B-9(b)(1).

SO ORDERED, this 14th day of February 2024.

                                S/Clay D. Land
                                CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE