IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No. 4:23-cv-00152-CDL |
| v. | * |
| HELEN ROBERTS, TONY COTNEY, TOMMY COTNEY, and JOHN DEE HARMON, JR, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 14, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case with prejudice. Each party shall be responsible for his/her/its own costs and expenses of litigation in this matter.

This 14th day of February, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk